UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    Chapter 13
    Brenda Thompson                          :
                                                :    Bankruptcy No. 15-11867AMC
        Debtor.                              :

## ORDER

**AND NOW**, this 8th day of December, 2015, the Debtor having filed the above bankruptcy case on March 19, 2015,

**AND**, the Debtor having filed five (5) prior bankruptcy cases before the present case:

Including case number 03-38361, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 16, 2003 and dismissed on July 20, 2014 for failure to make plan payments,

Including case number 04-35399, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on November 17, 2004 and dismissed on December 6, 2005 for failure to make plan payments,

Including case number 07-15496, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 20, 2007 and dismissed on January 30, 2008 for failure to appear at the meeting of creditors required by 11 U.S.C. Section 341(a),

Including case number 08-14572, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 18, 2008 and discharged on August 17, 2011,

Including case number 13-16243, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 7, 2013 and dismissed on November 6, 2013 for failure to make plan payments.

**AND,** the docket reflecting that the Debtor has failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326,

**AND,** the debtor having failed to appear at the hearing scheduled for December 8, 2015,

For the reasons stated in open court, the Court finds that the Debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED that the debtor is barred from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 199).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she shall file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 15-15349, and shall serve such motion upon all of her creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Brenda Thompson
6621 Church Lane
Upper Darby, PA  19082

Michael Seth Schwartz, Esquire
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA  18966

William C. Miller, Esquire

Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA  19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy